IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

    Plaintiff,

**Case No. 15-CV-22920**

vs.

IBELSOFT, INC. d/b/a BOX ON
LOGISTICS,

    Defendant.
_____/

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shipping and Transit, LLC and Defendant, Iblesoft, Inc. d/b/a BoxOn Logistics hereby voluntarily dismiss this action and all claims asserted therein with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  December 27, 2016

Respectfully Submitted,

| | |
|---|---|
| s/Jason P. Dollard | /s/ Louis R. Gigliotti |
| FBN 0649821 | FBN: 71935 |
| Email: jdollard@LrEvansPa.com | Email: lgigliotti@bellsouth.net |
| Leslie Robert Evans & Associates, PA | Louis R. Gigliotti, PA |
| 214 Brazilian Avenue, Suite 200 | 1605 Dewey Street |
| Palm Beach, Florida 33480 | Hollywood, Florida 33020 |
| Telephone: (561) 832-8288 | Telephone: (954) 471-4392 |
| Counsel for Plaintiff | Counsel for Defendant |

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

Louis R. Gigliotti, Esq.
Masters Degree In Intellectual Property Law
Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Cell: (954) 471-4392
email: lgigliotti [lgigliotti@bellsouth.net]
*Counsel for Defendant Defendant, Ibelsoft, Inc.*